August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

### RICARDO G. CEDILLO, JASON C. ZEHNER, J. RUSSELL DAVIS AND DAVIS, CEDILLO & MENDOZA, INC., Appellants

NO. 14-15-00101-CV           V.

### IMMOBILIERE JEUNESS ESTABLISHMENT, Appellee

_____

This cause, an appeal from the order denying the motion to compel arbitration of appellants Ricardo G. Cedillo, Jason C. Zehner, J. Russell Davis and Davis, Cedillo & Mendoza, Inc., signed February 2, 2015, was heard on the transcript of the record. We have inspected the record and find error in the order denying the motion to compel arbitration. We therefore **REVERSE** and **REMAND** the order of the court below for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Immobiliere Jeuness Establishment.

We further order this decision certified below for observance.